UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Joanna Senay,
    Plaintiff

v.    C.A. No. 06-548S

Michael Astrue,
*Commissioner of Social Security*
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on January 12, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report and Recommendation, Defendant's Motion to Affirm is GRANTED and Plaintiff's Motion to Reverse or Remand is DENIED.

By Order,

/s/ Wendy Seile
Deputy Clerk

ENTER:

/s/ W. Smith
William E. Smith
United States District Judge

Date: 1/30/09